# United States Court of Appeals
## For the First Circuit

No. 18-1966

UNITED STATES OF AMERICA,

Appellee,

v.

MARIO RAFAEL CASTILLO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2020, is amended as follows:

On Page 30, lines 18-19, replace "was out of bounds for sentencing purposes" with "should not have been considered in analyzing which guidelines range applied"

On Page 31, line 1, replace "sentence to be imposed on Castillo" with "guideline sentencing range applicable to Castillo"